UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90584 |
|---|---|---|---|
| Debtor | In Re: | Qualtek Services Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____ Illinois _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Nathan Q. Rugg<br>Barack Ferrazzano Kirschbaum & Nagelberg LLP<br>200 W. Madison St., Suite 3900<br>Chicago, IL 60606<br>(312) 984-3100<br>IL 6272969 |
|---|---|

Seeks to appear as the attorney for this party:

| Wilshire Clackamas Commerce Center Owner LLC | |
|---|---|
| Dated: June 13, 2023 | Signed: /s/ Nathan Q. Rugg |

| COURT USE ONLY: The applicant's state bar reports their status as: _____ . |
|---|
| Dated:                    Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                        United States Bankruptcy Judge