UNITED STATES BANKRUPTCY COURT                SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90584 |
|---|---|---|---|
| Debtor | In Re: | Qualtek Services Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____Illinois_____ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Alexander F. Berk<br>Barack Ferrazzano Kirschbaum & Nagelberg LLP<br>200 W. Madison St., Suite 3900<br>Chicago, IL 60606<br>(312) 984-3100<br>IL 6329444 |

Seeks to appear as the attorney for this party:

| Wilshire Clackamas Commerce Center Owner LLC | |
|---|---|
| Dated: June 20, 2023 | Signed: /s/ Alexander F. Berk |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____ |
|---|---|
| | Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                _____
                                                            United States Bankruptcy Judge