**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| QUALTEK SERVICES INC., *et al.* [1] | ) | |
| Debtors. | ) | Case No. 23-90584 (CML) |
| | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Nathan Q. Rugg and Alexander F. Berk are hereby entering their appearances on behalf of Wilshire Clackamas Commerce Center Owner LLC, a creditor herein, pursuant to Rules 3017, 2002, 9007 and 9010 of the Federal Rules of Bankruptcy procedures and Sections 342(a) and 1109(b) of the Bankruptcy Code.  The undersigned further requests that all correspondence, pleadings and notices should be sent to the following address:

> Nathan Q. Rugg
> Alexander F. Berk
> Barack Ferrazzano Kirschbaum & Nagelberg LLP
> 200 West Madison Street, Suite 3900
> Chicago, IL 60606
> Telephone:      (312) 984-3100
> Facsimile:      (312) 984-3150
> Email: nathan.rugg@bfkn.com
> Email: alexander.berk@bfkn.com

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/case/qualtek/.  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 475 Sentry Parkway E, Suite 200, Blue Bell, Pennsylvania 19422.

also includes, without limitation, all orders and notices of any applications, motions, petitions, pleadings, requests, memorandums, affidavits, declarations, complaints, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by the Court's electronic case filing system, mail, courier service, hand delivery, telephone, facsimile transmissions, or otherwise that affects or seeks to affect in any way the rights or interest of any creditor or party in interest in these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core matters entered only after *de novo* review by a District Court judge, (ii) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) an election of remedies, or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupment under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in these cases or in any other action are expressly reserved.

Dated: June 22, 2023

Respectfully Submitted,

/s/ Nathan Q. Rugg
Nathan Q. Rugg (Illinois State Bar No. 6272969)
Alexander F. Berk (Illinois State Bar No. 6329444)
Barack Ferrazzano Kirschbaum
& Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606

(E)     nathan.rugg@bfkn.com
(E)     alexander.berk@bfkn.com
(T)     (312) 984-3100
(F)     (312) 984-3150

*Attorneys for Wilshire Clackamas Commerce
Center Owner LLC*

2410633v1                     3

## CERTIFICATE OF SERVICE

I, Nathan Q. Rugg, an attorney, hereby certify that on June 22, 2023, a copy of the foregoing Notice of Appearance and Request for Notice was duly served to all registered parties through the CM/ECF system for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Nathan Q. Rugg*
Nathan Q. Rugg

2410633v1

4