# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| QUALTEK SERVICES INC., *et al.*,[1] | ) ) | Case No. 23-90584 |
| Debtors. | ) ) ) | (Jointly Administered) |
| | ) ) | **Ref. Docket Nos. 223-230 & 234-236** |

## CERTIFICATE OF SERVICE

I, SHARNA WILSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 30, 2023, I caused to be served the:

   a. "Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code (Technical Modifications)," dated June 29, 2023 [Docket No. 223],

   b. "Declaration of Cari Turner in Support of Confirmation of the Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code," dated June 29, 2023 [Docket No. 224],

   c. "Declaration of Alan J. Carr, in Support of Confirmation of the Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code," dated June 29, 2023 [Docket No. 225],

   d. "Declaration of Jeffrey Finger in Support of Confirmation of the Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code," dated June 29, 2023 [Docket No. 226],

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/QualTek. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 475 Sentry Parkway E, Suite 200, Blue Bell, Pennsylvania 19422.

e. "Declaration of Stephenie Kjontvedt of Epiq Corporate Restructuring, LLC Regarding the Solicitation and Tabulation of Ballots Cast on the Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code," dated June 29, 2023 [Docket No. 227],

f. "First Amended Plan Supplement for the Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code," filed on June 29, 2023 [Docket No. 228],

g. "Memorandum of Law of Qualtek Services Inc. and its Debtor Affiliates in Support of an Order Approving the Debtors' Disclosure Statement for, and Confirming, the Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code," dated June 29, 2023 [Docket No. 229],

h. "Proposed Order Approving the Debtors' Disclosure Statement for, and Confirming, the Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code," filed on June 29, 2023 [Docket No. 230],

i. "Order Approving the Debtors' Disclosure Statement for, and Confirming, the Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code," dated June 30, 2023 [Docket No. 234],

j. "Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of May 24, 2023," dated June 30, 2023 [Docket No. 235], and

k. "Order Granting the Application Authorizing Employment and Retention of Milbank LLP," dated June 30, 2023 [Docket No. 236],

by causing true and correct copies to be:

i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Sharna Wilson*
Sharna Wilson

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| COMMONWEALTH OF PUERTO RICO ATTY GENERAL | ATTN: DOMINGO EMANUELLI HERNANDEZ PO BOX 9020192 SAN JUAN PR 00902-0192 |
| FITZPATRICK LENTZ & BUBBA, P.C. | (COUNSEL TO PPL ELECTRIC UTLITIES CORP.) ATTN DOUGLAS J SMILLIE 645 W. HAMILTON ST., STE 800 ALLENTOWN PA 18101-2197 |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICES | LOCAL OFFICE 1100 COMMERCE STREET ROOM 121 DALLAS TX 75242 |
| NORTHERN MARIANA ISLANDS ATTORNEY GEN | ATTN: EDWARD MANIBUSAN CALLER BOX 10007 SAIPAN MP 96950-8907 |
| OFFICE OF THE ATTORNEY GENERAL OF GUAM | ATTN: LEEVIN TAITANO CAMACHO ADMINISTRATION DIVISION 590 S MARINE CORPS DR, STE 901 TAMUNING GU 96913 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE MONTGOMERY AL 36104 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | ATTN FAINU'ULELEI FALEFATU ALA'LIMA-UTU AMERICAN SAMOA GOVT, EXEC OFC BLDG UTULEI, TERRITORY OF AMERICAN SAMOA PAGO PAGO AS 96799 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: ROB BONTA 1300 'I' ST SACRAMENTO CA 95814-2919 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: RAUL R. LABRADOR 700 W JEFFERSON ST, STE 210 PO BOX 83720 BOISE ID 83720-0010 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: KRIS W. KOBACH 120 SW 10TH AVE, 2ND FL TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON 700 CAPITOL AVE, STE 118 FRANKFORT KY 40601-3449 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: KEITH ELLISON 445 MINNESOTA ST STE 1400 ST. PAUL MN 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: LYNN FITCH PO BOX 220 JACKSON MS 39205 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN JUSTICE BLDG 215 N SANDERS ST HELENA MT 59601 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST – PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: RAUL TORREZ 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: JASON MIYARES 202 N NINTH ST RICHMOND VA 23219 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE 17 PO BOX 7857 MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BRIDGET HILL 109 STATE CAPITAL 200 W. 24TH ST CHEYENNE WY 82002 |
| TEXAS STATE SECURITIES BOARD | THOMAS JEFFERSON RUSK STATE OFFICE BLDG 208 E 10TH ST AUSTIN TX 78701 |
| U.S. ENVIRONMENTAL PROTECTION AGENCY | EDISON, NJ ENVIRONMENTAL CENTER 2890 WOODBRIDGE AVE. EDISON NJ 08837-3679 |
| U.S. ENVIRONMENTAL PROTECTION AGENCY | REGION 3 1650 ARCH ST. PHILADELPHIA PA 19103 |
| U.S. ENVIRONMENTAL PROTECTION AGENCY | ATTN: SCOTT PRUITT, ADMINISTRATOR ARIEL RIOS BUILDING 1200 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20460 |

**Total Creditor count  32**

**EXHIBIT B**

QualTek Services Inc. - Case No. 23-90584 (CML)
Core Top 30 Email Service List

| Creditor Name | Email Address |
|---|---|
| ADAMS AND REESE LLP | richard.aguilar@arlaw.com; mark.chaney@arlaw.com |
| APEX SITE SOLUTIONS | kenny@apexsitesolutions.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | tom.kruse@arnoldporter.com; brian.lohan@arnoldporter.com; alexander.hevia@arnoldporter.com |
| ATLAS ENGINEERING CONSTRUCTION INC | ccrawford@atlastelecom.net |
| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP | nathan.rugg@bfkn.com; alexander.berk@bfkn.com |
| BAYONE SOLUTIONS, INC. | yvirmani@bayone.com |
| BERNSTEIN-BURKLEY, P.C. | kebeck@bernsteinlaw.com |
| BLANK ROME LLP | regina.kelbon@blankrome.com; john.lucian@blankrome.com; gregory.vizza@blankrome.com; ira.herman@blankrome.com |
| BRACEWELL LLP | jason.cohen@bracewell.com; trey.wood@bracewell.com |
| BRIGHTSTAR CAPITAL PARTNERS | andrew@brightstarcp.com |
| BUCHALTER, A PROFESSIONAL CORP. | schristianson@buchalter.com |
| CHLIC | david.cordani@cigna.com |
| CJB COMMUNICATIONS, INC. | zach@cjbcommunications.net |
| CONSTRUCTION SERVICES OF BRANFORD, LLC | ccentore@csofb.com |
| CREATIVE WORKS | superiortraffice@yahoo.com |
| CS MOBILE INC | caseys@csmobileinc.com |
| DAVIS POLK & WARDWELL LLP | damian.schaible@davispolk.com; david.schiff@davispolk.com; elliot.moskowitz@davispolk.com; richard.steinberg@davispolk.com |
| DEVLIN, NAYLOR & TURBYFILL, P.L.L.C. | dturbyfill@dntlaw.com; lturbyfill@dntlaw.com |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | oag@dc.gov |
| FAEGRE DRINKER BIDDLE & REATH LLP | eirik.tellefsen@faegredrinker.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | laura.appleby@faegredrinker.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | vince.slusher@faegredrinker.com; kristen.perry@faegredrinker.com |
| G&A INNOVATION CONSTRUCTION | grobles@gainnovations.com |
| HAYNES AND BOONE, LLP | charles.beckham@haynesboone.com; arsalan.muhammad@haynesboone.com |
| HOLLAND & KNIGHT LLP | cleveland.burke@hklaw.com |
| HOTELENGINE, INC | elia@hotelengine.com |
| INDUSTRIAL COMMUNICATIONS, LLC | mjumano@industrialcommunications.com |
| INTEGER TELECOM SERVICES INC | AMAR@INTEGERTEL.COM |
| KATTEN MUCHIN ROSENMAN LLP | sreisman@katten.com; cgiglio@katten.com; michael.comerford@katten.com; julia.mosse@katten.com; john.mitchell@katten.com |
| LANGLEY LLP | klangley@l-llp.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@lgbs.com |
| LYNX WIRELESS SERVICES, LLC | jeff@lwswireless.com |
| MASTER INSIDE CORP | hectorv@mastericorp.com |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | jparsons@mvbalaw.com |
| NETWORK WIRELESS SOLUTIONS, LLC | xavier@nwswireless.com |
| NORTHEAST UNION INC | konstantin@northeastunion.com |
| NRCI TELECOM | terryrogers@nrcitelecom.com |
| OFFICE OF THE UNITED STATES TRUSTEE | hector.duran.jr@usdoj.gov |
| PARMET PC | matt@parmet.law |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON | arosenberg@paulweiss.com; emccolm@paulweiss.com; mcolarossi@paulweiss.com; tzelinger@paulweiss.com |
| PNC BANK, NATIONAL ASSOCIATION | tim.gallagher@pnc.com |
| PORTER HEDGES LLP | jhiggins@porterhedges.com; apower@porterhedges.com |

QualTek Services Inc. - Case No. 23-90584 (CML)
Core Top 30 Email Service List

| Creditor Name | Email Address |
|---|---|
| QUALITY TELECOM CONSULTANTS, INC. | lmatthews@qualitytelecominc.com |
| R.L. CLOTWORTHY CONSTRUCTION, INC | rick@clotworthyconstruction.com |
| RLS-CMC, INC. | roger.sanchez@rls-cmc.com |
| ROSS, BANKS, MAY, CRON & CAVIN, P.C | jmayer@rossbanks.com |
| SECURITIES & EXCHANGE COMMISSION | chairmanoffice@sec.gov |
| SIRLIN LESSER & BENSON, P.C. | dplon@sirlinlaw.com |
| SPECIALTY CONSTRUCTION, INC | cteaford@specialtyconstruction.com |
| STATE OF ALASKA ATTORNEY GENERAL | attorney.general@alaska.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | oag@arkansasag.gov |
| STATE OF COLORADO ATTORNEY GENERAL | attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | attorney.general@delaware.gov |
| STATE OF GEORGIA ATTORNEY GENERAL | agcarr@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | hawaiiag@hawaii.gov |
| STATE OF IOWA ATTORNEY GENERAL | webteam@ag.iowa.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | constituentservices@ag.louisiana.gov |
| STATE OF MAINE ATTORNEY GENERAL | attorney.general@maine.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | oag@oag.state.md.us |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ago@state.ma.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | miag@michigan.gov |
| STATE OF MISSOURI ATTORNEY GENERAL | attorney.general@ago.mo.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | Rev.BNC@nebraska.gov |
| STATE OF NEVADA ATTORNEY GENERAL | aginfo@ag.nv.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | attorneygeneral@doj.nh.gov |
| STATE OF NEW YORK ATTORNEY GENERAL | nyag.pressoffice@ag.ny.gov |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ndag@nd.gov |
| STATE OF OHIO ATTORNEY GENERAL | Kristin.Radwanick@OhioAGO.gov |
| STATE OF OKLAHOMA ATTORNEY GENERAL | oagwcfu@oag.ok.gov |
| STATE OF OREGON ATTORNEY GENERAL | attorneygeneral@doj.state.or.us |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | consumers@attorneygeneral.gov |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ag@riag.ri.gov |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | odcmail@sccourts.org |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | consumerhelp@state.sd.us |
| STATE OF TENNESSEE ATTORNEY GENERAL | tnattygen@ag.tn.gov |
| STATE OF UTAH ATTORNEY GENERAL | uag@agutah.gov |
| STATE OF VERMONT ATTORNEY GENERAL | ago.info@vermont.gov |
| STATE OF WASHINGTON ATTORNEY GENERAL | serviceatg@atg.wa.gov |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | communications@wvago.gov |
| SUNBELT RENTALS, INC | bhorgan@sunbeltrentals.com |
| SWARTLEY BROTHERS ENGINEERS | gweikel@swartley.com |
| TALLEY INC | mtalley@talleycom.com |
| THE UNITED STATES ATTORNEYS OFFICE | richard.kincheloe@usdoj.gov |
| TN DEPT OF REVENUE | steve.butler@ag.tn.gov |
| TRICOM NETWORKS INC | spayne@tricomnetworks.com |
| TRI-SQUARE CONSTRUCTION COMPANY, INC | shannon@tri-square.com |
| U.S ENVIRONMENTAL PROTECTION AGENCY | oig_hotline@epa.gov |
| U.S SECURITIES & EXCHANGE COMMISSION | wisej@sec.gov |
| U.S VIRGIN ISLANDS ATTORNEY GENERAL | info@usvidoj.com |
| UMB BANK, N.A. | julius.zamora@umb.com |
| VALMONT TELECOMMUNICATIONS INC | skaniewski@valmont.com |